# Court of Appeals
# of the State of Georgia

ATLANTA, September 16, 2021

*The Court of Appeals hereby passes the following order*

**A22I0022. ANGELIA GAY-BANKSTON et al. v. EVERETT GAY et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2021CV350184 2018CV305664 2021CV350242 2021CV350292



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 16, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*